**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 2, 2006**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-51020
Summary Calendar
_____

In Re: FRANK J. HOLDAMPF

          Debtor

-------------------------------

FRANK J. HOLDAMPF; PATRIOT OIL COMPANY

          Appellants,

v.

JASMINE ROAD DEVELOPMENT COMPANY, LLC

          Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas, Midland-Odessa Division
USDC No. MO-02-CV-9
--------------------

Before KING, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     We have carefully reviewed the briefs, the record excerpts, the reply brief, and relevant portions of the record itself.  We conclude that we do not have appellate jurisdiction of this matter and therefore, dismiss this appeal.

     APPEAL DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.